

# MEMORANDUM

TO: Katherine Felton, Human Resources Director

FROM: Karl Clow - Electric Superintendent  *KC*

DATE: May 9, 2016

REF: Reclassification Title Change – Tammy Sharp

I recommend changing Tammy Sharp's job title from Administrative Assistant to Administrative Assistant/Electric-Load Mgmt Coordinator. When I first asked about changing someone's classification it was told that they must have more responsibility. When Debra left, I felt that would justify the change because her work load has doubled. Just because Debra's title was an office assistant the end result is - Tammy is still responsible for it and it is more of a work load for her and more responsibility. Everyone's job is different, I feel that if other Administrative Assistants can get a pay increase and a title change she should too because she has worked for it and deserves it. She is very dedicated to her job.

Tammy has been running both offices for over two years now. Other than her normal workload she is scheduling appointments for Mack and Dennis, maintaining active work files for Weatherization, Energy Audits and Load Mgmt Switches. She is still responsible for everything else that is required of her to do. She needs no direct supervision. She is very professional with the public and everyone she has to deal with. She is very responsible and a great worker.

**Electric Department**
City of Elizabeth City, P. O. Box 347, Elizabeth City, NC 27907-0347

# PAYROLL INPUT FORM

PLEASE ENTER THE FOLLOWING CHANGE(S) AS OF __4/25/16__
DATE

PLOYEE NO. __8342__   NAME __Sharp, Tammy__
LAST, FIRST AND MIDDLE

DRIVER'S LICENSE # _____   ☐ STATUS CHANGE   ☐ DEDUCTION CHANGE   ☐ OTHER

| STATUS CHANGE | Job Title | Annual Salary | Bi-Weekly #Hours | Grade/Step | Non-Exempt Hourly Rate | Exempt Emp. Weekly Rate |
|---|---|---|---|---|---|---|
| From | Administrative Assistant | | | | 15.834 | |
| To | Adm. Assistant/Load Mgmt Coordinator (Electric) | | | | 17.834 | |

**REASON FOR CHANGE**

____ Hire   ____ Transfer   ____ Resignation   ____ Successful 6 Month Review   ____ Successful 12 Month Review (Police Only)

__X__ Promotion   ____ Retirement   ____ Merit Increase

____ Demotion   ____ Discharge   ____ Cost-of-living Adjustment

HIRE DATE ____   TERMINATION DATE ____   MERIT EFFECTIVE DATE ____

____ Other (reason or explanation) ____

Authorized by __Karl Chew__  __5-2-16__  Verified by _____ Approved by _____
   Department Head   Date      Human Resources Director  Date   City Manager   Date

This PIF has been pre-audited per NCGS 159-28(a). _____
                                                 Finance Director   Date

**DEDUCTION CHANGE(S)**

Deduction/Earning Type _____ Code _____ Frequency _____
Amount _____ Limit _____ Starting Date _____ Active Code _____

eduction/Earning Type _____ Code _____ Frequency _____
Amount _____ Limit _____ Starting Date _____ Active Code _____

Deduction/Earning Type _____ Code _____ Frequency _____
Amount _____ Limit _____ Starting Date _____ Active Code _____

Deduction/Earning Type _____ Code _____ Frequency _____
Amount _____ Limit _____ Starting Date _____ Active Code _____

I hereby authorize the above amount(s) to be withheld from my salary.

EMPLOYEE SIGNATURE _____ DATE _____ HUMAN RESOURCES SIGNATURE _____ DATE _____

**FOR DATA PROCESSING PURPOSES ONLY:**

Present Address _____ City _____ State _____
Zip _____ SOC. _____-____-_____ Position _____ GNL# _____
Phone _____ Marital Status _____ Retirement # _____ Race Code _____ Sex Code _____
Email Address _____ Cell # _____ Status _____ Pension _____
Grade _____ Employee Type _____ Pay Frequency _____ Hours/Period _____ Regular Rate _____ FWT M/S _____
FWT Allowances _____ FWT Add-on _____ SWT M/S/H _____ State Allowances _____ State Add On _____
Birthdate _____ Hire Date _____ Full-time _____ Accrual Date _____ Review Date _____
ic. Hrs. Due _____ Holiday Hrs. Due _____ Sick Hrs. Due _____ Multiple G/L Account? _____ Accrual Code _____

Prepared by _____ Verified by _____ Date Submitted to DP _____
   Human Resources   Date   Human Resources Director   Date

**DATA PROCESSING USE**

Date Rec'd _____ Keyed by _____ Edit by _____ Date _____

# Fwd: Employee's

Karl Clow <kclow@cityofec.com>
To: Tammy Sharp <tsharp@cityofec.com>

Wed, Jul 2, 2014 at 12:16 PM

---------- Forwarded message ----------
From: **Richard Olson** <rolson@cityofec.com>
Date: Thu, Jun 12, 2014 at 4:38 PM
Subject: RE: Employee's
To: Karl Clow <kclow@cityofec.com>


She will not be. I would need to adjust all Administrative Ass't in the City to give her a raise which I will not do. Be happy with what your department received.


Richard Olson

City Manager

City of Elizabeth City

P.O. Box 347

Elizabeth City, NC 27907

PH: 252-337-6864

Cell 252-339-6526


**From:** Karl Clow [mailto:kclow@cityofec.com]
**Sent:** Thursday, June 12, 2014 4:36 PM
**To:** Richard Olson
**Subject:** Employee's


Mr. Olson,


Just checking up with our talk today. I would like to make sure that Tammy is included in the pay increases. Since she will be taking over Debra duties along with her duties.

# PAYROLL INPUT FORM



PLEASE ENTER THE FOLLOWING CHANGE(S) AS OF __7-4-14__ DATE

EMPLOYEE NO. __8333__ NAME __Volue, Jason__ 0037631
LAST, FIRST AND MIDDLE

DRIVER'S LICENSE # _____ ☒ STATUS CHANGE ☐ DEDUCTION CHANGE ☐ OTHER

| STATUS CHANGE | Job Title | Grade/Step | Non-Exempt Hourly Rate | Exempt Emp. Weekly Rate |
|---|---|---|---|---|
| From | 1st Class Line Tech | | 27.548 | |
| To | (Same) | | 29.946 | |

**REASON FOR CHANGE**

___ Hire  ___ Transfer  ___ Resignation  ___ Successful 6 Month Review  ___ Successful 12 Month Review (Police Only)

___ Promotion  ___ Retirement  ___ Merit Increase  HIRE DATE  TERMINATION DATE  MERIT EFFECTIVE DATE

___ Demotion  ___ Discharge  ___ Cost-of-living Adjustment

✓ Other (reason or explanation) __Salary Adj. + 2% COLA__

Authorized by _____ Department Head _____ Date _____ Verified by __KW 6/11/14__ Human Resources Director Date _____ Approved by __ROE 6/14/14__ City Manager Date

## DEDUCTION CHANGE(S)

Deduction/Earning Type _____ Code _____ Frequency _____
Amount _____ Limit _____ Starting Date _____ Active Code _____

Deduction/Earning Type _____ Code _____ Frequency _____
Amount _____ Limit _____ Starting Date _____ Active Code _____

Deduction/Earning Type _____ Code _____ Frequency _____
Amount _____ Limit _____ Starting Date _____ Active Code _____

Deduction/Earning Type _____ Code _____ Frequency _____
Amount _____ Limit _____ Starting Date _____ Active Code _____

I hereby authorize the above amount(s) to be withheld from my salary.

EMPLOYEE SIGNATURE _____ DATE _____ HUMAN RESOURCES SIGNATURE _____ DATE _____

## FOR DATA PROCESSING PURPOSES ONLY:

Present Address _____ City _____ State _____
Zip _____ SOC _____ Position _____ GNL# _____
Phone _____ Marital Status _____ Retirement # _____ Race Code _____ Sex Code _____
EEO Category _____ EEO Function _____ Class Code _____ Status _____ Pension _____
Grade _____ Employee Type _____ Pay Frequency _____ Hours/Period _____ Regular Rate __29.946__ FWT M/S _____
FWT Allowances _____ FWT Add-on _____ SWT M/S/H _____ State Allowances _____ State Add On _____
Birthdate _____ Hire Date _____ Full-time _____ Accrual Date _____ Review Date _____
Vac. Hrs. Due _____ Holiday Hrs. Due _____ Sick Hrs. Due _____ Multiple G/L Account? _____ Accrual Code _____

Prepared by __KW 6/11/14__ Human Resources Date Verified by __KW 6/11/14__ Human Resources Director Date Date Submitted to DP __6/11/14__

DATA PROCESSING USE
Date Rec'd. __6/12/14__

⑩

# PAYROLL INPUT FORM

PLEASE ENTER THE FOLLOWING CHANGE(S) AS OF **07-04-14**

EMPLOYEE NO. **5807**  NAME **Jones, David T**  
0037636

DRIVER'S LICENSE # _____  ☒ STATUS CHANGE  ☐ DEDUCTION CHANGE  ☐ OTHER

| STATUS CHANGE | Job Title | Grade/Step | Non-Exempt Hourly Rate | Exempt Emp. Weekly Rate |
|---|---|---|---|---|
| From | 2nd Class Line Tech | | 18.889 | |
| To | (Same) | | 21.930 | |

**REASON FOR CHANGE**

- ☐ Hire
- ☐ Transfer
- ☐ Resignation
- ☐ Successful 6 Month Review
- ☐ Successful 12 Month Review (Police Only)
- ☐ Promotion
- ☐ Retirement
- ☐ Merit Increase
- ☐ Demotion
- ☐ Discharge
- ☐ Cost-of-living Adjustment
- ☒ Other (reason or explanation) **Salary Adj. + 2% COLA**

HIRE DATE ____  TERMINATION DATE ____  MERIT EFFECTIVE DATE ____

Authorized by _____ Department Head / Date  
Verified by **KW 6/11/14** Human Resources Director / Date  
Approved by **JP 6/17/14** City Manager / Date

## DEDUCTION CHANGE(S)

Deduction/Earning Type ____ Code ____ Frequency ____  
Amount ____ Limit ____ Starting Date ____ Active Code ____

Deduction/Earning Type ____ Code ____ Frequency ____  
Amount ____ Limit ____ Starting Date ____ Active Code ____

Deduction/Earning Type ____ Code ____ Frequency ____  
Amount ____ Limit ____ Starting Date ____ Active Code ____

Deduction/Earning Type ____ Code ____ Frequency ____  
Amount ____ Limit ____ Starting Date ____ Active Code ____

I hereby authorize the above amount(s) to be withheld from my salary.

EMPLOYEE SIGNATURE ____ DATE ____ HUMAN RESOURCES SIGNATURE ____ DATE ____

## FOR DATA PROCESSING PURPOSES ONLY:

Present Address ____ City ____ State ____  
Zip ____ SOC ____ Position ____ GNL# ____  
Phone ____ Marital Status ____ Retirement # ____ Race Code ____ Sex Code ____  
EEO Category ____ EEO Function ____ Class Code ____ Status ____ Pension ____  
Grade ____ Employee Type ____ Pay Frequency ____ Hours/Period ____ Regular Rate **21.930** FWT M/S ____  
FWT Allowances ____ FWT Add-on ____ SWT M/S/H ____ State Allowances ____ State Add On ____  
Birthdate ____ Hire Date ____ Full-time ____ Accrual Date ____ Review Date ____  
Vac. Hrs. Due ____ Holiday Hrs. Due ____ Sick Hrs. Due ____ Multiple G/L Account? ____ Accrual Code ____

Prepared by **KW 6/11/14** Human Resources / Date  
Verified by **KW 6/11/14** Human Resources Director / Date  
Date Submitted to DP **7/4/14**

**DATA PROCESSING USE**  
Date Rec'd **6/30/2014**  Keyed by **EC 6/28/2014**  Edit by **KW 7/28/14** ⑪

# PAYROLL INPUT FORM 

PLEASE ENTER THE FOLLOWING CHANGE(S) AS OF __07-04-14__
DATE

EMPLOYEE NO. __8313__   NAME __Holley, Curtis__   0037629
LAST, FIRST AND MIDDLE

DRIVER'S LICENSE # _____   ☒ STATUS CHANGE   ☐ DEDUCTION CHANGE   ☐ OTHER

| STATUS CHANGE | Job Title | Grade/Step | Non-Exempt Hourly Rate | Exempt Emp. Weekly Rate |
|---|---|---|---|---|
| From | Truck Driver/Groundsworker | | 14.459 | |
| To | (Same) | | 16.320 | |

**REASON FOR CHANGE**

___ Hire   ___ Transfer   ___ Resignation   ___ Successful 6 Month Review   ___ Successful 12 Month Review (Police Only)

___ Promotion   ___ Retirement   ___ Merit Increase   HIRE DATE ___   TERMINATION DATE ___   MERIT EFFECTIVE DATE ___

___ Demotion   ___ Discharge   ___ Cost-of-living Adjustment

✓ Other (reason or explanation) __Salary Adj. + 2% COLA__

Authorized by _____ Department Head ___ Date   Verified by __KW__ 6/11/14 Human Resources Director Date   Approved by __JCC__ 6/11/14 City Manager Date

**DEDUCTION CHANGE(S)**

Deduction/Earning Type ___ Code ___ Frequency ___
Amount ___ Limit ___ Starting Date ___ Active Code ___

Deduction/Earning Type ___ Code ___ Frequency ___
Amount ___ Limit ___ Starting Date ___ Active Code ___

Deduction/Earning Type ___ Code ___ Frequency ___
Amount ___ Limit ___ Starting Date ___ Active Code ___

Deduction/Earning Type ___ Code ___ Frequency ___
Amount ___ Limit ___ Starting Date ___ Active Code ___

I hereby authorize the above amount(s) to be withheld from my salary.

EMPLOYEE SIGNATURE ___ DATE ___ HUMAN RESOURCES SIGNATURE ___ DATE ___

**FOR DATA PROCESSING PURPOSES ONLY:**

Present Address ___ City ___ State ___
Zip ___ SOC ___ Position ___ GNL# ___
Phone ___ Marital Status ___ Retirement # ___ Race Code ___ Sex Code ___
EEO Category ___ EEO Function ___ Class Code ___ Status ___ Pension ___
Grade ___ Employee Type ___ Pay Frequency ___ Hours/Period ___ Regular Rate __16.32__ FWT M/S ___
FWT Allowances ___ FWT Add-on ___ SWT M/S/H ___ State Allowances ___ State Add On ___
Birthdate ___ Hire Date ___ Full-time ___ Accrual Date ___ Review Date ___
Vac. Hrs. Due ___ Holiday Hrs. Due ___ Sick Hrs. Due ___ Multiple G/L Account? ___ Accrual Code ___

Prepared by __KW__ 6/11/14 Human Resources Date   Verified by __KW__ 6/11/14 Human Resources Director Date   Date Submitted to DP __7/4/14__

**DATA PROCESSING USE**
Date Rec'd __6/20/14__   Keyed by ___ ___   Edit by ___

# PAYROLL INPUT FORM

PLEASE ENTER THE FOLLOWING CHANGE(S) AS OF **07-04-14**
DATE

EMPLOYEE NO. **6125**   NAME **LANE, NORMAN M. 0037639**
LAST, FIRST AND MIDDLE

DRIVER'S LICENSE # _____   ☒ STATUS CHANGE   ☐ DEDUCTION CHANGE   ☐ OTHER

## STATUS CHANGE

| | Job Title | Grade/Step | Non-Exempt Hourly Rate | Exempt Emp. Weekly Rate |
|---|---|---|---|---|
| From | Load Mang. Tech | | 18.668 | |
| To | (Same) | | 21.534 | |

### REASON FOR CHANGE

- ___ Hire
- ___ Transfer
- ___ Resignation
- ___ Successful 6 Month Review
- ___ Successful 12 Month Review (Police Only)
- ___ Promotion
- ___ Retirement
- ___ Merit Increase
- HIRE DATE ___
- TERMINATION DATE ___
- MERIT EFFECTIVE DATE ___
- ___ Demotion
- ___ Discharge
- ___ Cost-of-living Adjustment
- ✓ Other (reason or explanation) **Salary Adj. + 2% COLA**

Authorized by _____ Department Head _____ Date _____
Verified by **KW** 6/11/14 Human Resources Director
Approved by **JOE** 6/12/2014 City Manager

5,154.?? Annual
54.08

## DEDUCTION CHANGE(S)

Deduction/Earning Type ___   Code ___   Frequency ___
Amount ___   Limit ___   Starting Date ___   Active Code ___

Deduction/Earning Type ___   Code ___   Frequency ___
Amount ___   Limit ___   Starting Date ___   Active Code ___

Deduction/Earning Type ___   Code ___   Frequency ___
Amount ___   Limit ___   Starting Date ___   Active Code ___

Deduction/Earning Type ___   Code ___   Frequency ___
Amount ___   Limit ___   Starting Date ___   Active Code ___

I hereby authorize the above amount(s) to be withheld from my salary.

EMPLOYEE SIGNATURE _____ DATE _____ HUMAN RESOURCES SIGNATURE _____ DATE _____

## FOR DATA PROCESSING PURPOSES ONLY:

Present Address ___   City ___   State ___
Zip ___   SOC. ___   Position ___   GNL# ___
Phone ___   Marital Status ___   Retirement # ___   Race Code ___   Sex Code ___
EEO Category ___   EEO Function ___   Class Code ___   Status ___   Pension ___
Grade ___   Employee Type ___   Pay Frequency ___   Hours/Period ___   Regular Rate **21.53** HWT M/S ___
FWT Allowances ___   FWT Add-on ___   SWT M/S/H ___   State Allowances ___   State Add On ___
Birthdate ___   Hire Date ___   Full-time ___   Accrual Date ___   Review Date ___
Hrs. Due ___   Holiday Hrs. Due ___   Sick Hrs. Due ___   Multiple G/L Account? ___   Accrual Code ___

Prepared by **KW** 6/11/14 Verified by **KW** 6/11/14 Date Submitted to DP **7/4/14**

DATA PROCESSING USE
Date Rec'd **6/20/14**

(13)

# PAYROLL INPUT FORM

**38055**

PLEASE ENTER THE FOLLOWING CHANGE(S) AS OF __07/01/2014__
DATE

EMPLOYEE NO. __8342__   NAME __SHARP, TAMMY MARIE__
LAST, FIRST AND MIDDLE

DRIVER'S LICENSE # _____   [X] STATUS CHANGE   [ ] DEDUCTION CHANGE   [ ] OTHER

| STATUS CHANGE | Job Title | Annual Salary | Bi-Weekly #Hours | Grade/Step | Non-Exempt Hourly Rate | Exempt Emp. Weekly Rate |
|---|---|---|---|---|---|---|
| From | ADMINISTRATIVE | 31,811.52 | | 13 | 15.294 | |
| To | ADMINISTRATIVE | 32,447.75 | | 13 | 15.600 | |

**REASON FOR CHANGE**

____ Hire   ____ Transfer   ____ Resignation   ____ Successful 6 Month Review   ____ Successful 12 Month Review (Police Only)

____ Promotion   ____ Retirement   ____ Merit Increase   HIRE DATE ____   TERMINATION DATE ____   MERIT EFFECTIVE DATE ____

____ Demotion   ____ Discharge   _X_ Cost-of-living Adjustment

____ Other (reason or explanation) __2% COLA__

Authorized by _____ Department Head ____ Date    Verified by __[signature]__ 06/27/2014 Human Resources Director Date    Approved by _____ City Manager __07/01/2014__ Date

This PIF has been pre-audited per NCGS 159-28(a). __[signature]__ 06/27/2014 Finance Director Date

**DEDUCTION CHANGE(S)**

Deduction/Earning Type ____ Code ____ Frequency ____
Amount ____ Limit ____ Starting Date ____ Active Code ____

Deduction/Earning Type ____ Code ____ Frequency ____
Amount ____ Limit ____ Starting Date ____ Active Code ____

Deduction/Earning Type ____ Code ____ Frequency ____
Amount ____ Limit ____ Starting Date ____ Active Code ____

Deduction/Earning Type ____ Code ____ Frequency ____
Amount ____ Limit ____ Starting Date ____ Active Code ____

I hereby authorize the above amount(s) to be withheld from my salary.

EMPLOYEE SIGNATURE _____ DATE ____   HUMAN RESOURCES SIGNATURE _____ DATE ____

**FOR DATA PROCESSING PURPOSES ONLY:**

Present Address _____ City _____ State _____
Zip ____ SOC. ____ Position ____ GNL# ____
Phone ____ Marital Status ____ Retirement # ____ Race Code ____ Sex Code ____
Email Address ____ Cell # ____ Status ____ Pension ____
Grade ____ Employee Type ____ Pay Frequency ____ Hours/Period ____ Regular Rate __15.600__ FWT M/S ____
FWT Allowances ____ FWT Add-on ____ SWT M/S/H ____ State Allowances ____ State Add On ____
Birthdate ____ Hire Date ____ Full-time ____ Accrual Date ____ Review Date ____
Vac. Hrs. Due ____ Holiday Hrs. Due ____ Sick Hrs. Due ____ Multiple G/L Account? ____ Accrual Code ____

Prepared by __MSC__ Human Resources __06/27/2014__ Date   Verified by __[signature]__ Human Resources Director __06/27/2014__ Date   Date Submitted to DP __06/27/2014__

**DATA PROCESSING USE**

Date Rec'd ____ Keyed by ____ Edit by ____

# PAYROLL INPUT FORM



PLEASE ENTER THE FOLLOWING CHANGE(S) AS OF 8/24/2020         42952

EMPLOYEE NO. 8342          NAME Sharp, Tammy
                                LAST, FIRST AND MIDDLE

DRIVER'S LICENSE # _____    ☐ STATUS CHANGE    ☐ DEDUCTION CHANGE    ☐ OTHER

| STATUS CHANGE | | Job Title | Annual Salary | Bi-Weekly #Hours | Grade/Step | Non-Exempt Hourly Rate | Exempt Emp. Weekly Rate |
|---|---|---|---|---|---|---|---|
| | From | Administrative Assistant | | | | 16.80 | |
| | To | Electric/Load Mgmt Dept Office Manager | | | | 25.00 | |

**REASON FOR CHANGE**

____ Hire      ____ Transfer     ____ Resignation     ____ Successful 6 Month Review     ____ Successful 12 Month Review (Police Only)

____ Promotion ____ Retirement   ____ Merit Increase   HIRE DATE ____   TERMINATION DATE ____   ELIGIBLE FOR REHIRE ☐ YES ☐ NO

____ Demotion  ____ Discharge    ____ Cost-of-living Adjustment ____

____ Other (reason or explanation) Tammy has been performing additional responsibilities for both departments since 5/1/2014 with no pay increase.

Authorized by [signature] 8/24/20   Verified by _____   Approved by _____
              Department Head   Date              Human Resources Director   Date       Assistant City Manager   Date

This PIF has been pre-audited per NCGS 159-28(a). _____    Approved by _____
                                                  Finance Director   Date        City Manager   Date

**DEDUCTION CHANGE(S)**

Deduction/Earning Type _____ Code _____ Frequency _____
Amount _____ Limit _____ Starting Date _____ Active Code _____

Deduction/Earning Type _____ Code _____ Frequency _____
Amount _____ Limit _____ Starting Date _____ Active Code _____

Deduction/Earning Type _____ Code _____ Frequency _____
Amount _____ Limit _____ Starting Date _____ Active Code _____

Deduction/Earning Type _____ Code _____ Frequency _____
Amount _____ Limit _____ Starting Date _____ Active Code _____

I hereby authorize the above amount(s) to be withheld from my salary.

EMPLOYEE SIGNATURE _____ DATE _____ HUMAN RESOURCES SIGNATURE _____ DATE _____

**FOR DATA PROCESSING PURPOSES ONLY:**

Present Address _____ City _____ State _____
Zip _____ SOC. ___-__-____ Position _____ GNL# _____
Phone _____ Marital Status _____ Retirement # _____ Race Code _____ Sex Code _____
Email Address _____ Cell # _____ Status _____ Pension _____
Grade _____ Employee Type _____ Pay Frequency _____ Hours/Period _____ Regular Rate _____ FWT M/S _____
FWT Allowances _____ FWT Add-on _____ SWT M/S/H _____ State Allowances _____ State Add On _____
Birthdate _____ Hire Date _____ Full-time _____ Accrual Date _____ Review Date _____
Vac. Hrs. Due _____ Holiday Hrs. Due _____ Sick Hrs. Due _____ Multiple G/L Account? _____ Accrual Code _____

Prepared by _____ Verified by _____ Date Submitted to DP _____
           Human Resources  Date      Human Resources Director  Date

**DATA PROCESSING USE**

Date Rec'd _____ Keyed by _____ Date _____ Edit by _____ Date _____