

# MEMORANDUM

TO: Montre' Freeman, City Manager

FROM: Bob Vannoy - Electric Superintendent RCV

DATE: June 25, 2021

REF: Reclassification of title for Tammy Sharp

I am requesting that you consider reclassifying Tammy Sharp's job title from Administrative Assistant to Office Manager. Each previous Electric Superintendent from Karl Clow who was in the position for over 30 years to Andy Pollard who left just before I was hired, see and recognize the work that she does and understand that she is more than an exceptional Administrative Assistant.

In 2014, the previous City Manager combined Electric & Load Management together he chose not to fill the vacant position when the secretary retired but he expected Tammy to assume the additional duties. He decided to take the salary of the secretary that left and divide it amongst all the men from the Electric and Load Management Department however, refused to give Tammy an increase in pay along with the rest of the department.

Over the years, it was brought back to him but he refused. When Chief Buffaloe took over as Interim City Manager, he gave a pay increase to his Administrative Assistant, Fire Administrative Assistant and Tammy. I really appreciated that as well as Tammy really appreciated it too, but it does not change the fact that Tammy is still doing additional duties with also over the past few years the Load Management acquired the Meter Reading Department, which again resulted in more duties and responsibilities for her without compensation.

She is very professional with the public and everyone she has to deal with. She is a great asset to the City.

**Electric Department**
**City of Elizabeth City, P. O. Box 347, Elizabeth City, NC 27907-0347**
**Phone: (252) 337-6870 – Fax (252) 338-2558**



## Performance Evaluation for Employees

### Evaluation Details

| | |
|---|---|
| Employee First Name | TAMMY |
| Employee Last Name | SHARP |
| Employee ID# | 8342 |
| Classification Title: | NON EXEMPT |
| Position Title: | ADMINISTRATIVE ASSISTANT |
| Department: | ELECTRIC |
| Division: | ELECTRIC |
| Name of Immediate Supervisor: | BOB VANNOY |
| Supervisor Title: | ELECTRIC SUPERINTENDENT |
| Evaluation Cycle | YEARLY |
| Overall Competencies Rating: | Exceeds Expectations |
| Final Review Date: | 9/27/20 |

### Performance Behavior - Competencies (All Employees)

| Key Behavioral Competencies | Expectations: | Behavioral Competency Rating: |
|---|---|---|
| Adaptability | The extent to which employee knows the details of his/her job and understands job duties and standards. | Exceeds Expectations |

Comments: She is very knowledgeable in her job. She handles the administration work for the Electric Dept., Load Management and Meter Reading Dept. and approximately 28 employees.

| | | |
|---|---|---|
| Quality of Work | The extent to which the employee's work is completed accurately (few or no errors), efficiently and within deadlines with minimal supervision. | Exceeds Expectations |

Comments: Her work is always completed accurately and on-time. She requires no supervision and always meets the job deadlines.

| | | |
|---|---|---|
| Attendance & Punctuality | The extent to which the employee reports to work on time, provides advance notice of the need for any absence(s). | Exceeds Expectations |

Comments: She is always on time for work and provides advance notice for any time she needs to be off.

| | | |
|---|---|---|
| Reliability/Dependability | The extent to which the employee consistently performs at a high level; manages time and workload effectively to meet responsibilities. | Exceeds Expectations |

Comments: She is consistently performs her job at the highest level. She manages her time and workload responsibilities for the Electric Dept., Load Management and Meter Reading Dept.

| Appearance | The extent to which the employee reports for duty in the proper uniform/attire and is well groomed. | Exceeds Expectations |
|---|---|---|

Comments: She is always dresses appropriately for her job.

| Integrity | The extent to which the employee is expected to make sure that all tasks will be handled at a high ethical level by keeping documentntation and all work in progress properly safeguarded. | Exceeds Expectations |
|---|---|---|

Comments: She handles all tasks at a high ethical level. All documentation is safe guarded and properly progressed.

| Judgment & Decision-Making | The extent to which the employee makes thoughtful, well-reasoned decisions; exercises good judgment, resourcefulness and creativity in problem-solving. | Exceeds Expectations |
|---|---|---|

Comments: She uses good judgement, resourcefulness and is creative while doing her job. She is very efficient at her job.

| Initiative & Flexibility | The extent to which the employee demonstrates initiative, often seeking out additional responsibility; identifies problems and solutions; willingly new challenges and adjusts to unexpected changes | Exceeds Expectations |
|---|---|---|

Comments: She is always willing to accept additional responsiblities. She adjusts to unexpected changes and new challenges.

### Functional Competency Assessment (All Employees)

| Key Functional Competencies: | Explanations: | Key Functional Rating: |
|---|---|---|
| Organization and Task Management | The extent to which the employee is able to organize their work in a manner that facilitates timely and efficient completion of assigned tasks. Satisfactory performance is indicated by an employee who demonstrates a work environment that is maintained in an organized and professional manner, is able to discern and reconcile completing priorities, manages multiple tasks or assignments, appropriately seeks clarification from or provides updates to supervisory management on the status of assigned workloads and generally completes assignments within established deadlines. | Exceeds Expectations |

Comments: The 3 departments Tammy handle is very organized. Her work is done in a timely and efficient manner. She is highly respected and appreciated by all of her co-workers in all departments thoroughout the City.

| Communication Skills | The extent to which the employee is able to effectively utilize verbal and/or written expression in communicating with colleagues, clients, supervisory management and other individuals in the work setting. Satisfactory performance is indicated by an employee who communicates in a manner that clearly and accurately conveys information, is professional and respectful in tone, is suitable for the target audience, and is concise but sufficient in terms of required detail. Forms of communication may include but not limited to verbal, written letters or reports, formal presentations and electronic mail. | Exceeds Expectations |
|---|---|---|

Comments: She is very concise in her written and verbal communications. She is a great asset to all 3 departments.

| Key Functional Competency | Explanation | Key Functional Rating |
|---|---|---|
| Collaboration & Teamwork | The extent to which the employee is able to work effectively and productively with colleagues and contributes as a member of a work team or unit. Satisfactory performance is indicated by an employee who establishes good rapport with colleagues, adjusts work style or approaches in a way that encourages or supports productive collaboration and demonstrates respect for diversity and differing points of view among colleagues. Able to resolve conflicts. | Exceeds Expectations |

Comments: She makes contributions and suggestions to the departments and teams. She is well respected and has an excellent rapport with all co-workers, supervision and the cities customers.

| | | |
|---|---|---|
| Quality of Service (Customer Service) | The extent to which the employee demonstrates the significance of the overall mission of the organization, department and division. The employee takes demonstrable steps to improve customer service by developing and/or implementing measurable and sustainable initiatives to create a culture that is effective, responsive and respectful. | Exceeds Expectations |

Comments: She is very knowledgeable and understands the overall mission of the 3 departments, Electric Dept., Load Management and the Meter Reading. She is a great asset to the departments and knowledge when working inside the departments budget goals.

| | | |
|---|---|---|
| Interpersonal and Public Relations | The extent to which the employee works with supervisor and other members of office group as a team member; handles in-person and telephone contact from the public effectively and courteously; assists co-workers as required and does not disrupt their work; accepts and suggests methods to improve work flow and procedures; deals effectively and tactfully with co-workers. | Exceeds Expectations |

Comments: She handles all inter-department issues the expertise and professionalism. She is a great asset to the Electric Department.

### Supervisory/Leadership Assessment - (Supervisors & Department Heads Only)

| Key Functional Competencies | Explanations | Key Functional Ratings |
|---|---|---|
| Supervision | The extent to which the employee provides responsible and effective oversight of individuals under their supervision. Satisfactory performance is indicated by an employee who engenders trust and commitment on the part of the individuals in the work division, provides clear and reasonable directions to subordinates regarding assigned duties, solicits and is responsive to feedback to help foster a participative and productive work environment and assures civility and respect for diversity among and between members of the work division. Attention to employee development, providing candid and constructive feedback regarding subordinate performance and adhering to all relevant City of Elizabeth City policies are also critical components of satisfactory supervision performance. | Exceeds Expectations |

Comments: Tammy is well trusted and committed employee to her co-workers and supervisors. She handles confidential matters and paperwork for 3 departments. She is a perfect example of a professional leader.

| Department Heads | The extent to which the employee provides effective and demonstrable leadership of the assigned department, division, program or center. Satisfactory performance is indicated by an employee who is proactive in planning and communicating departmental goals and objectives, providing good stewardship of assigned resources including budget, space or equipment and assuring that the department is responsive to its assigned mission. The extent to which leadership is exercised in compliance with all relevant City of Elizabeth City policies and procedures is a critical component of satisfactory leadership performance. | Exceeds Expectations |
|---|---|---|

Comments: She is a natural leader. She is very proactive when dealing with her work. She is an integral part of the Supevisory Electric team. She assists with the budgets for the Electric Dept., Load Management and Meter Reading Dept.

### Performance Work Plan-Goals

| Employee's Development Goals: | Expectations: |
|---|---|
| Major Accomplishment | Managing Electric, Load Mgmt and Meter Reading Depts |
| Support Needed | |
| Training & Development | Potential advancement to be promoted to Office Manager |

### Supervisor's Development Improvement Plan for Employee, if applicable.

| Describe the current performance deficiency: | |
|---|---|
| specific corrective action to be implemented by the employee and steps taken by the supervisor: | |
| List the Timeframe(s) or due dates established for improvement: | |

Signature of Employee: *[signed]* Date: 6/15/21

Signature of Supervisor/Rater: Date:

Signature of Department Head: *[signed]* Date: 6/15/2021

(THIS SECTION TO BE COMPLETED BY THE EMPLOYEE BEING RATED)

You may receive a copy of your completed performance appraisal form at any time from the City of Elizabeth City. If you would like a copy of this completed appraisal form, check (X) the "YES" block below.

[X] Yes, I want to receive a copy of this completed performance evaluation form.

[ ] No, I do not want a copy of this completed performance evaluation form at this time, but understand I may obtain a copy at a later time, if desired.

The Employee's signature does not necessarily indicate agreement with the performance appraisal. It only indicates that the employee has seen the appraisal and has had an interview with his/her supervisor concerning the appraisal and goals and objectives for the next year.