UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY GALLOP SHARP )<br>        Plaintiff, )<br>     )<br>v. )<br>     )<br>CITY OF ELIZABETH CITY, c/o )<br>Montre Freeman, City Manager )<br>        Defendant ) | **JUDGMENT**<br>2:23-CV-52-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered 12/29/23, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED and this action is DISMISSED without prejudice for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on December 29, 2023, and Copies To:**
Tammy Gallop Sharp (via U.S. Mail) 270 Shadneck Road, Elizabeth City, NC 27909
John D. Leidy (via CM/ECF Notice of Electronic Filing)


December 29, 2023                    PETER A. MOORE, JR., CLERK

                                              /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk